UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MAROKO, an individual, and GIL MAROKO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GUTZY GEAR, LLC, a Delaware limited liability company; INDUSTRIAL WEBBING CORP., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01664-NC<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

PURSUANT TO STIPULATION of all remaining parties, it is hereby ordered that the above-captioned action is dismissed pursuant to FRCP 41(a)(1). All parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: June ~~17~~ 20, 2014

_____ Judge

GRANTED
Judge Nathanael M. Cousins

ORDER OF DISMISSAL

Rutan & Tucker, LLP
attorneys at law

2314/029957-0003
7166324.1 a06/20/14

-1-